**Order entered April 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00338-CR

**KENNETH TYRELL WINSLOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 001-85568-2017**

## ORDER

Before the Court is appellant's April 17, 2018 motion to withdraw his appeal. Although the motion is signed by counsel, it is not signed by appellant as required by Texas Rule of Appellate Procedure 42.2. TEX. R. APP. P. 42.2 ("appellant and his or her attorney must sign the motion.").

We **DENY** the motion without prejudice to filing a motion that complies with the rules of appellate procedure.

/s/    LANA MYERS
        JUSTICE